UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANITRA L. PINCHBACK-JONES, and, BRUCE C. JONES, husband and wife, and their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,<br><br>Defendant. | No.<br><br>NOTICE OF REMOVAL |

TO:         Judges of the United States District Court for the Western District of Washington at Seattle.

AND TO:    The Attorney for Plaintiffs

     Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") hereby provides notice of removal pursuant to 28 U.S.C § 1332(a) and (c), § 1441(a), § 1446(a), (b) and (d), and Western District CR 101(a) and (b). The grounds for removal are as follows:

     1.     On March 24, 2010, the Washington State Insurance Commissioner received service on behalf of Liberty Mutual a copy of the Summons and Complaint for a suit filed by

NOTICE OF REMOVAL – 1
pm/PM1379.063/491413

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

1 the Plaintiffs in the Superior Court of Washington for King County.  The case is entitled,

2 *Pinchback-Jones, Jones v. Liberty Mutual Fire Insurance Company*, Cause No. 10-2-08153-4

3 SEA.

4       2.      This notice of removal is brought pursuant to 28 U.S.C. §§1441(a), 1446 and

5 Western District CR 101(a) and (b).  This Court has original jurisdiction pursuant to 28

6 U.S.C. §1332(a) and (c) on the basis that there is complete diversity of citizenship between

7 the parties and the amount in controversy is in excess of $75,000, exclusive of interest and

8 costs.

9       3.      Defendant Liberty Mutual was at the time of the Complaint, and currently is,

10 an insurance company domiciled in the State of Wisconsin with its principal place of business

11 in Massachusetts.  The defendant was at the time the complaint was filed, and currently is, a

12 citizen of a state other than Washington.

13       4.      The Plaintiffs were at the time the complaint was filed, and currently are,

14 Washington residents.  There is complete diversity of citizenship between the parties pursuant

15 to 28 U.S.C. §1332 (a) and (c).

16       5.      Plaintiffs assert claims of breach of contract, Washington Insurance Fair

17 Conduct Act violations, Washington Administrative Code violations, bad faith, and

18 negligence.  *See* Complaint for Damages, Silk Dec., Ex. A.  Plaintiffs have previously made a

19 settlement demand of more than $400,000.  In addition, Plaintiffs allege in their Complaint

20 that they have lost the amount of the insurance policy that should have been paid.  They also

21 seek general and special damages, and punitive damages and attorney fees.  *See* Complaint,

22 Silk Dec., Ex. A. Consequently, a reasonable person reading the allegations of the Complaint

23

NOTICE OF REMOVAL – 2
pm/PM1379.063/491413

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

would conclude that the Plaintiffs are seeking damages from Defendant Liberty Mutual in an amount in excess of $75,000, exclusive of interest and costs.

6. This Notice of Removal is timely because it has been filed within thirty (30) days after Defendant Liberty Mutual received a copy of the Summons and Complaint. 28 U.S.C. § 1446(b).

7. The underlying state court action is one for which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one that may be removed to this Court by the defendant pursuant to the provisions of 28 U.S.C. § 1441 because the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states.

8. Pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), § 1446(a), (b) and (d), and Western District CR 101(a) and (b) of the Local Rules for the Western District of Washington, this case is properly removable.

9. Defendant Liberty Mutual has given written notice of the filing of this Notice of Removal to all attorneys of record and to the Clerk of the Superior Court of King County, Washington. 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Liberty Mutual requests that this action be removed to the United States District Court for the Western District of Washington at Seattle.

DATED this 23rd day of April, 2010.

*s/ John M. Silk*
John M. Silk, WSBA No. 15035
WILSON SMITH COCHRAN DICKERSON
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
(206) 623-4100 telephone
(206) 623-9273 facsimile
silk@wscd.com
Attorneys for Defendant

NOTICE OF REMOVAL – 3
pm/PM1379.063/491413

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273