JUDGE JIM ROGERS
Trial Date: 08/08/2011

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| ANITRA L. PINCHBACK-JONES, and, BRUCE C. JONES, husband and wife, and their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,<br><br>Defendant. | No. 10-2-08153-4 SEA<br><br>NOTICE TO PLAINTIFFS OF DEFENDANT'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON |

To:  Anitra L. Pinchback-Jones and Bruce C. Jones, Plaintiffs

And to:  Vonda M. Sargent, Their Attorney

YOU ARE HEREBY NOTIFIED that on the 23rd day of April, 2010, Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual) filed a Notice of Removal in the United States District Court for the Western District of Washington, seeking removal of the above captioned matter from King County Superior Court under Cause No. 10-2-08153-4 to the United States District Court.  Further, Liberty Mutual has filed a copy of the record under King County Superior Court under Cause No. 10-2-08153-4 with the United States District

NOTICE TO PLAINTIFFS OF REMOVAL – 1
JMS1379.063/493436

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

1 Court and a Notice of Removal with the Clerk of the Superior Court.  Accordingly, this action

2 has been removed from the King County Superior Court.  Copies of the Notice of Removal

3 and the Notice to Superior Court of the removal are hereby served upon you.

4       DATED this 23rd day of April, 2010.

                                *s/ John M. Silk*
                                John M. Silk, WSBA No. 15035
                                WILSON SMITH COCHRAN DICKERSON
                                1215 Fourth Avenue, Suite 1700
                                Seattle, WA  98161
                                (206) 623-4100 telephone
                                (206) 623-9273 facsimile
                                silk@wscd.com
                                Attorneys for Defendant

NOTICE TO PLAINTIFFS OF REMOVAL – 2
JMS1379.063/493436

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273