JUDGE JIM ROGERS
Trial Date: 08/08/2011

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| ANITRA L. PINCHBACK-JONES, and, BRUCE C. JONES, husband and wife, and their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,<br><br>Defendant. | No. 10-2-08153-4 SEA<br><br>NOTICE TO SUPERIOR COURT OF DEFENDANT'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON |

TO:    CLERK OF COURT, King County Superior Court

PLEASE TAKE NOTICE that on the 23rd day of April, 2010, Defendant filed in the United States District Court for the Western District of Washington at Seattle a Notice of Removal and accompanying pleadings for the above-entitled action pursuant to 28 U.S.C. § 1332(a) and (c); § 1441(a); and § 1446(a), (b), and (d), and CR 101 (a) and (b) of the Local Rules for the Western District of Washington. True and correct copies of the Notice of Removal and accompanying pleadings are filed herewith. 28 U.S.C. § 1446(d). Pursuant to

NOTICE TO STATE COURT OF REMOVAL – 1
JMS1379.063/493434

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

28 U.S.C. § 1446(d), this Court is to proceed no further with this case unless and until this case is remanded back to this Court.

DATED this 23rd day of April, 2010.

s/ John M. Silk
John M. Silk, WSBA No. 15035
WILSON SMITH COCHRAN DICKERSON
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
(206) 623-4100 telephone
(206) 623-9273 facsimile
silk@wscd.com
Attorneys for Defendant

NOTICE TO STATE COURT OF REMOVAL – 2
JMS1379.063/493434