UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANITRA L. PINCHBACK-JONES, and, BRUCE C. JONES, husband and wife, and their marital community, <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation, <br><br> Defendant. | No. <br><br> DECLARATION OF SERVICE |

TRACI JAY declares as follows:

1. I am a citizen of the United States and a resident of Seattle, Washington. I am over the age of 18 years and not a party of the within entitled cause. I am employed by the law firm of Wilson Smith Cochran Dickerson, whose address is 1215 Fourth Avenue, Suite 1700, Seattle, Washington, 98161.

2. On April 23, 2010 I caused to be served the *Notice to Plaintiffs of Defendant's Notice of Removal to United States District Court for the Western District of Washington (original); Notice to Superior Court of Defendant's Notice of Removal to United States*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

*District Court for the Western District of Washington (copy); Notice of Removal to United States District Court for the Western District of Washington (copy); Civil Cover Sheet (copy), and Corporate Disclosure Statement (copy)* by having the same, with this Declaration, delivered by legal messenger to the interested parties in said action, addressed as follows:

Vonda M. Sargent
Law Offices of Vonda M. Sargent
119 First Avenue South, Suite 320
Seattle, WA 98104-3424

3.  I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED at Seattle, Washington this 23rd day of April, 2010.

TRACI JAY

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273